UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

JAMES BARNETT, JR.,                   )
                                      )
                    Plaintiff,        )
                                      )
          v.                          )     No. 1:22-cv-00007-JPH-MG
                                      )
HAYNES INTERNATIONAL, INC.,           )
                                      )
                    Defendant.        )

## ORDER ADOPTING REPORT AND RECOMMENDATION

Magistrate Judge Mario Garcia has entered a Report and

Recommendation, dkt. 20, recommending that the Court dismiss this action

without prejudice due to Plaintiff James Barnett, Jr.'s failure to comply with a

court order to appear at a May 10 telephonic status conference.  The parties

have had the opportunity to object but have not done so.  *See* Fed. R. Civ. P.

72(b); 28 U.S.C. § 636(b)(1).  The Court has considered and now **ADOPTS** the

Report and Recommendation.  Dkt. [20].

The complaint is DISMISSED without prejudice.  Final judgment shall

issue by separate entry.

**SO ORDERED.**

Date: 7/1/2022

Distribution:

JAMES BARNETT, JR.
3123 Crooked Stick Drive
Kokomo, IN 46902

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Tami A. Earnhart
ICE MILLER LLP (Indianapolis)
tami.earnhart@icemiller.com

Cameron Dean Ritsema
ICE MILLER LLP
cameron.ritsema@icemiller.com